AMERICAN MUTUAL LIABILITY INSURANCE COMPANY OF BOSTON, RESPONDENT, v. REBECCA CHODOSH ET AL., APPELLANTS.

Argued February 6, 1940—Decided May 2, 1940.

For the respondent, *Edward R. McGlynn.*

For the appellants, *Fleming & Potter, Russell Fleming* and *Morgan R. Seiffert.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered *per curiam* in the Supreme Court.

*For affirmance*—CASE, DONGES, PORTER, HETFIELD, DEAR, WOLFSKEIL, JJ.  6.

*For reversal*—THE CHANCELLOR, PERSKIE, WELLS, RAFFERTY, HAGUE, JJ.  5.